IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATHIE SIMMONS                                              PLAINTIFF

VS.                    CASE NO. 4:05CV00523 JMM

ANTHONY J. PRINCIPI, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS                              DEFENDANT

JUDGMENT

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that this complaint be, and it is hereby, dismissed.

IT IS SO ORDERED this 11 day of July, 2005.

James M. Moody
United States District Court